UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKIE GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF TULARE, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:25-cv-01702-BAM<br><br>**ORDER REQUIRING PLAINTIFF TO FILE COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY DAYS**<br><br>(Doc. 2) |

Plaintiff Frankie Garcia ("Plaintiff"), proceeding pro se, filed this action on December 1, 2025. (Doc. 1.) Plaintiff has not paid the filing fee in this action and instead has filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. 2.)

Plaintiff's handwritten application is not complete and lacks basic information. For example, Plaintiff does not indicate whether he is employed, nor does he identify whether he has received income in the past twelve months from certain sources. (*Id.* at 1-2.) Absent basic information, the Court is unable to determine if Plaintiff is entitled to proceed without prepayment of fees or costs.

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty (30) days from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis*, completed and signed, or, in the alternative, pay the $405.00 filing fee for this action.

1

2. No extension of time will be granted without a showing of good cause.

3. <u>The failure to comply with this order will result in dismissal of this action</u>.

IT IS SO ORDERED.

Dated:   **December 3, 2025**                       /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE